UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :        **ORDER**
                                    :
            Rosario                 :
                                    :        15 Cr. 29 (RA)
                                    :        ─────────────
                                    :        Docket #
------------------------------------x


Ronnie Abrams
─────────────────────── , **DISTRICT JUDGE**:
     Judge's Name


The C.J.A. attorney assigned to receive cases on this day,
 Jeremy Schneider
─────────────────────────────── is hereby ordered to assume

representation of the defendant in the above captioned

                        2-9-2022
matter, NUNC-PRO-TUNC ─────────────── .


                         **SO ORDERED**.

                         ────────────────────────────
                         **UNITED STATES DISTRICT JUDGE**


   June 8, 2022
**Dated:**  New York, New York