UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
:
-v-  :  No. 15 Cr. 29-02 (RA)
:
:  ORDER
:
JEREMIE ROSARIO, :
:
Defendant. :
:
-----------------------------------------------------------X

RONNIE ABRAMS, United States District Judge:

    On June 8, 2022, this Court imposed a sentence of time served on Jeremie Rosario (U.S.M #71559-054). It is hereby ORDERED that Defendant should be released from the custody of the United States Marshals Service subject to any warrants and detainers.

SO ORDERED.

Dated:    June 8, 2022
             New York, New York

                                        Ronnie Abrams
                                        United States District Judge